

**Fill in this information to identify your case:**

Debtor 1  Melvin — Jones Jr.
_First Name_  _Middle Name_  _Last Name_

Debtor 2  N/A
(Spouse, if filing) _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the: _____  District of _____ (State)

Case number  14-90948
(If known)

FILED
JUN 30 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived   06/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form 6J).

Check all that apply:
☒ You
☐ Your spouse
☐ Your dependents

How many dependents? 0
Total number of people: 1

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

You ............... $ 0
Your spouse ... + $ _____
Subtotal .......... $ _____
                   − $ _____
Total ............. $ 0

**3. Do you receive non-cash governmental assistance?**
☒ No
☐ Yes. Describe.........

Type of assistance: Food STAMPS NON CASH

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☒ No
☐ Yes. Explain. ..........

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

I am on government food aid, and MEDICAL, I have no income & have asthma condition

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 1



Debtor 1  __Melvin  —  Jones  JR.__
         First Name   Middle Name   Last Name          Case number (if known) _____

### Part 2: Tell the Court About Your Monthly Expenses

**6. Estimate your average monthly expenses.**
Include amounts paid by any government assistance that you reported on line 2.   $ __380.**__

If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

**7. Do these expenses cover anyone who is not included in your family as reported in line 1?**
☒ No
☐ Yes. Identify who........

**8. Does anyone other than you regularly pay any of these expenses?**
☒ No
☐ Yes. How much do you regularly receive as contributions? $_____ monthly

If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

**9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
☒ No
☐ Yes. Explain ................

### Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B),* attach copies to this application and go to Part 4.

**10. How much cash do you have?**
*Examples:* Money you have in your wallet, in your home, and on hand when you file this application
Cash:  $ __7.**__

**11. Bank accounts and other deposits of money?**
*Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

| | Institution name: | Amount: |
|---|---|---|
| Checking account: | N/A | $ 0 |
| Savings account: | N/A | $ 0 |
| Other financial accounts: | | $ |
| Other financial accounts: | | $ |

**12. Your home?** (if you own it outright or are purchasing it)
*Examples:* House, condominium, manufactured home, or mobile home

__805 Tully Rd #7__
Number   Street
__Modesto, Ca. 95350__
City           State    ZIP Code

Current value: $ __40,000__
Amount you owe on mortgage and liens: $ __0__

**13. Other real estate?**

__N/A__
Number   Street
_____
City           State    ZIP Code

Current value: $ __N/A__
Amount you owe on mortgage and liens: $ __N/A__

**14. The vehicles you own?**
*Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

Make: __N/A__
Model: _____
Year: _____
Mileage _____

Current value: $ __N/A__
Amount you owe on liens: $ __N/A__

Make: _____
Model: _____
Year: _____
Mileage _____

Current value: $ __N/A__
Amount you owe on liens: $ __N/A__

Official Form B 3B          Application to Have the Chapter 7 Filing Fee Waived          page 2

Debtor 1  **Melvin Jones JR**
First Name   Middle Name   Last Name

Case number (if known) _____

**15. Other assets?**
Do not include household items and clothing.

Describe the other assets:
N/A

Current value: $ 0
Amount you owe on liens: $ _____

**16. Money or property due you?**
Examples: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

Who owes you the money or property?
Sedgwick WALNUT/CREEK
ph # 925-988-1539
- Maureen (WORKER COMP)
ALSO: COUNTY OF SANTA CLARE (WORKER COMP. - ASTHMA Alleged DENIED DUE TO LATE FILING)

How much is owed?
$ 3,000+ P
$ (NOT SURE of AMOUNT)

Do you believe you will likely receive payment in the next 180 days?
☒ No
☐ Yes. Explain:
I think such requires Court Approval - CASE WAS ORIGINALLY DENIED.

**Part 4:  Answer These Additional Questions**

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**
☒ No
☐ Yes. Whom did you pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much did you pay?
$ _____

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**
☒ No
☐ Yes. Whom do you expect to pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?
$ _____

**19. Has anyone paid someone on your behalf for services for this case?**
☒ No
☐ Yes. Who was paid on your behalf? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid? Check all that apply:
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____

How much did someone else pay?
$ _____

**20. Have you filed for bankruptcy within the last 8 years?**
☒ No
☐ Yes. District _____ When __/__/____ Case number _____
       District _____ When __/__/____ Case number _____
       District _____ When __/__/____ Case number _____

**Part 5:  Sign Below**

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

× [signature]             × N/A
Signature of Debtor 1       Signature of Debtor 2
Date 06/28/2014            Date N/A
   MM / DD /YYYY              MM / DD /YYYY